**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
GODFREY MOLEMOHI,

                              Petitioner,           18 **CIVIL** 9740 (GBD)

            -against-                       **JUDGMENT**

PEOPLE OF THE STATE OF NEW YORK;
LYNN J. LILLEY, Superintendent,

                            Respondents.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 19, 2020, Petitioner's objections to Magistrate Judge Cott's Report is denied, and Magistrate Judge Cott's Report is adopted.

**DATED:** New York, New York
             March 19, 2020

                                                      **RUBY J. KRAJICK**
                                                   _____
                                                     **Clerk of Court**
                       **BY:**   _____
                                                     **Deputy Clerk**